# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| TERRANCE G. STANTON | ) | |
| | ) | |
| v. | ) | Case No. CV615-064 |
| | ) | CR612-018 |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Terrance Stanton moves for leave to amend his 28 U.S.C. § 2255 motion. Doc. 1137.[1] Before the government is served (which has yet to occur), however, he may amend without asking permission. Fed. R. Civ. P. 15(a)(1)(A). Nevertheless, and for docket-clearing purposes, the Court **GRANTS** the present motion (doc. 1137) and will take into account Stanton's amendments when it considers his § 2255 motion's merits.

**SO ORDERED**, this 29th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court is citing to the criminal docket in CR612-018.