AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TERRANCE GERARD STANTON,

      Movant,

                             **AMENDED**
                             JUDGMENT IN A CIVIL CASE

              **v.**                        CASE NUMBER:  CV615-064
                                                     CR612-018

UNITED STATES OF AMERICA,

      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 11, 2017, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court.  This case is DISMISSED with prejudice, and this civil actions stands CLOSED.

04/11/2017                                               Scott L. Poff
*Date*                                                   *Clerk*



                                                 *(By) Deputy Clerk*