IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA          *
                                  *
     v.                           *        CR 612-018-17
                                  *
TERRANCE GERARD STANTON           *

_____

O R D E R

_____

On November 8, 2019, the Clerk of Court docketed a letter sent from Defendant Terrance Gerard Stanton as a motion to reduce sentence.  The letter was addressed to the "Federal Prosecutor" at a prior location next to the United States District Courthouse in Savannah, Georgia.   At present, Stanton has sent a letter explaining that he never intended to file a motion with the Court; rather, he intended to notify the United States Attorney that he had filed a clemency petition.  He asks that the motion be removed from the docket.

Upon the foregoing, the Clerk is directed to **TERMINATE** the motion for reduction of sentence (doc. no. 1386).

**ORDER ENTERED** at Augusta, Georgia, this _17th_ day of December, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA